UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DR. WILLIAM SILVA CHERENA<br>Defendant. | CIVIL NO. 20-cv-1098<br><br><br><br>False Claims Act, 31 U.S.C. § 3729 |

**COMPLAINT**

TO THE HONORABLE COURT:

COMES NOW the United States of America, by and through the undersigned attorneys, and very respectfully alleges and prays:

**INTRODUCTION**

1.     The United States files this action under the False Claims Act ("FCA"), 31 U.S.C. § 3279 et seq., to recover civil monetary penalties from the defendant's false claims to the United States Department of Health and Human Services made in violation of federal law and applicable statutory provisions.

**JURISDICTION AND VENUE**

2.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1345 and its general equitable jurisdiction; as well as subject-matter jurisdiction pursuant to 28 U.S.C. § 1331, since the civil action arises under the laws of the United States, in particular, 31 U.S.C. §§ 3729, 3730.

3.     This Court has personal jurisdiction over Defendant, who resides within the District

1

of Puerto Rico.

4.     Venue is proper in this District under 28 U.S.C. § 1391 and 31 U.S.C. § 3732(a).

Defendant can be found, resides, and transacts business within the District of Puerto Rico.

## PARTIES

5.     The plaintiff is the United States of America, on behalf of its Department of Health

and Human Services, hereinafter referred to as "HHS".

6.     Defendant **William Silva Cherena**, hereinafter referred to as "Dr. Silva", was at all

times relevant, a General Practice physician licensed to practice medicine in the Commonwealth

of Puerto Rico.  Dr. Silva is also a resident of Puerto Rico.  At all times relevant, Dr. Silva (NPI

#1003884636) operated a private General Practice office located in the municipality of Sabana

Grande, Puerto Rico.  Dr. Silva was directly involved and participated in the daily operations of

his medical office during the relevant period of time.

## THE MEDICAID PROGRAM

7.     Except as otherwise specifically noted, the allegations set forth below describe the

Medicaid Program and other facts during the period relevant to this action, that is from on or about

March of 2014 until October of 2018.

8.     HHS, through its component agency, the Centers for Medicare and Medicaid

Services, (hereinafter referred to as "CMS"), administers the national Medicaid Program.

9.     The Medicaid Program is a medical assistance program jointly financed by state and

federal governments for low income individuals and is embodied in 42 U.S.C. § 1396 et seq.

(Medicaid and CHIP Payment and Access Commission).  Together with the Children's Health

Insurance Program (CHIP), it provides health coverage to millions of Americans, including children, pregnant women, parents, seniors, and individuals with disabilities.  Medicaid is the single largest source of health coverage in the United States, and it was first enacted in 1965 as an amendment to the Social Security Act of 1965.

10.    To participate in Medicaid, federal law requires states to cover certain groups of individuals.  Low income families, qualified pregnant women and children, and individuals receiving Supplemental Security Income (SSI) are examples of mandatory eligible groups. Sec. 1931 [42 U.S.C. § 1396u-1]; Sec. 1902(a)(10)(A)(i)(III); 1905(n) [42 U.S.C. § 1396a]; Sec. 1902(a)(10)(A)(i)((II)(aa) [42 U.S.C. § 1396a].  States have additional options for coverage and may choose to cover other groups, such as individuals receiving home and community-based services and children in foster care who are not otherwise eligible.

11.    The Affordable Care Act of 2010 ("ACA") created the opportunity for states to expand Medicaid to cover all low-income Americans under age 65.  It also established a new methodology for determining income eligibility for Medicaid, which is based on the Modified Adjusted Gross Income ("MAGI").  MAGI is used to determine financial eligibility for Medicaid, CHIP, and premium tax credits and cost sharing reductions available through the health insurance market.

12.    States also have the option to establish a "medically needy program" for individuals with significant health needs whose income is too high to otherwise qualify for Medicaid under other eligibility groups.  Medically needy individuals can still become eligible by "spending down" the amount of income that is above a state's medically needy income standard.  Individuals spend down by incurring expenses for medical and remedial care for which they do not have health insurance.

Once an individual's incurred expenses exceed the difference between the individual's income and the state's medically needy income level ("the spenddown amount"), the person can be eligible for Medicaid.  The Medicaid Program then pays the cost of services that exceeds the expenses the individual had to incur to become eligible.  Puerto Rico offers the eligibility option under the medically needy program.  Sec. 1102, 42 U.S.C. § 1302.  42 C.F.R. § 436.

13.     The Office of Inspector General of the Department of Health and Human Services ("HHS OIG"), through its Office of Investigations ("OI"), conducts criminal, civil and administrative investigations of fraud and misconduct related to HHS programs, operations and beneficiaries.  HHS OIG operates an OIG Hotline, which allows the public, industry stakeholders, and others to report suspected fraud, waste and abuse.  HHS OIG also works collaboratively with other components to develop appropriate enforcement actions and recommend fixes to aspects of HHS programs vulnerable to fraud.

## STATEMENT OF FACTS

14.     Between on or about March of 2014 and October of 2018, Dr. Silva assisted a number of patients fraudulently enroll in the Medicaid Program under the medically needy program.  In order to make these patients eligible for the Medicaid Program, Dr. Silva prescribed unnecessary medications that the patients did not need in order to spenddown the income of these patients.  Dr. Silva also assisted the patients with filling out the application forms for the Medicaid Program.

15.     Once the patients became eligible for the Medicaid Program, the patients began to obtain subsequent medical treatment in Dr. Silva's office.  Because these patients were now Medicaid Program's beneficiaries, the program began to cover their medical needs, to include utilization (office visits, medication) and capitation (premium) payments.  As such, Dr. Silva assisted with the

provision of false statements and representations regarding eligibility criteria, such as false medical expenses, that resulted in the submission and subsequent payments of false claims under the FCA.

## CLAIM FOR RELIEF

### False Claims Act− 31 U.S.C. § 3729 (a) (1)

16.     This is a claim for civil monetary penalties under the FCA, 31 U.S.C. § 3729 (a) (1).

17.     Paragraphs 1 through 15 of this Complaint are hereby re-alleged and incorporated as though fully set forth herein.

18.      As part of the scheme to defraud and described in the above referenced Paragraphs, Dr.  Silva submitted and caused to be submitted on behalf of the patients over thirty-three (33) claims for utilization and capitation payments after Dr. Silva and the patients misrepresented core eligibility requirements during the enrollment process, that resulted in monetary losses to the United States. This also allows for these patients to fraudulently obtain health care services for which they would otherwise be ineligible, all in violation of 18 U.S.C. § 1347.

19.     Under the FCA, a "claim" includes requests for money presented to agents of the United States or to a contractor, grantee or other recipient, if the money is to be used on the government's behalf or to advance a government interest, as long as the United States provided any portion of the money requested.

20.     Each of these false statements constitute a unique claim of provider fraud on a managed care organization, for which a civil monetary penalty must be assigned, as allowed by law in an amount ranging from $11,181.00 to $22,363.00 each.

**PRAYER FOR RELIEF**

WHEREFORE, the United Sates respectfully requests that judgment be entered in its favor and against Dr. Silva as follows:

     A.    Enter judgment against Dr. Silva for treble damages and civil monetary penalties in the amount of $650,000.00 under the FCA.

     B.    Grant the United States interests from the day of judgment and such other and further relief as this Court deems just and proper.

     RESPECTFULLY SUBMITTED,

     In San Juan, Puerto Rico, this 20th day of February 2020.

W. STEPHEN MULDROW
United States Attorney

*/s Jorge L. Matos*
Jorge L. Matos
Assistant U.S. Attorney
Civil Division
USDC No. G01307
Torre Chardon, Room 1201
350 Carlos Chardon Avenue
San Juan, PR 00918
Tel. (787) 766-5656
Fax. (787) 766-6219
E-mail: Jorge.L.Matos2@usdoj.gov

## Exhibit A: Civil Cover Sheet

JS 44   (Rev. 09/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| United States of America | William Silva Cherena |

| (b)  County of Residence of First Listed Plaintiff | County of Residence of First Listed Defendant    Sabana Grande, PR |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF<br>THE TRACT OF LAND INVOLVED. |

| (c)  Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|
| Jorge L. Matos, Assistant U.S. Attorney<br>U.S. Attorney's Office, 350 Chardon Avenue., Suite 1201<br>Hato Rey, Puerto Rico 00918 | |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
         Plaintiff

☐ 2   U.S. Government
         Defendant

☐ 3   Federal Question
         *(U.S. Government Not a Party)*

☐ 4   Diversity
         *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                          *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place<br>of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place<br>of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a<br>Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment<br>      & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted<br>      Student Loans<br>      (Excludes Veterans)<br>☐ 153 Recovery of Overpayment<br>      of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product<br>      Liability<br>☐ 320 Assault, Libel &<br>      Slander<br>☐ 330 Federal Employers'<br>      Liability<br>☐ 340 Marine<br>☐ 345 Marine Product<br>      Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle<br>      Product Liability<br>☐ 360 Other Personal<br>      Injury<br>☐ 362 Personal Injury -<br>      Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury -<br>      Product Liability<br>☐ 367 Health Care/<br>      Pharmaceutical<br>      Personal Injury<br>      Product Liability<br>☐ 368 Asbestos Personal<br>      Injury Product<br>      Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal<br>      Property Damage<br>☐ 385 Property Damage<br>      Product Liability | ☐ 625 Drug Related Seizure<br>      of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal<br>      28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated<br>      New Drug Application<br>☐ 840 Trademark<br><br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☒ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC<br>      3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and<br>      Corrupt Organizations<br>☐ 480 Consumer Credit<br>      (15 USC 1681 or 1692)<br>☐ 485 Telephone Consumer<br>      Protection Act<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/<br>      Exchange<br>☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/<br>      Accommodations<br>☐ 445 Amer. w/Disabilities -<br>      Employment<br>☐ 446 Amer. w/Disabilities -<br>      Other<br>☐ 448 Education | **Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate<br>      Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee -<br>      Conditions of<br>      Confinement | ☐ 791 Employee Retirement<br>      Income Security Act<br><br>**IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration<br>      Actions | ☐ 870 Taxes (U.S. Plaintiff<br>      or Defendant)<br>☐ 871 IRS—Third Party<br>      26 USC 7609 | ☐ 893 Environmental Matters<br>☐ 895 Freedom of Information<br>      Act<br>☐ 896 Arbitration<br>☐ 899 Administrative Procedure<br>      Act/Review or Appeal of<br>      Agency Decision<br>☐ 950 Constitutionality of<br>      State Statutes |

Additional LABOR column: **LABOR** — ☐ 710 Fair Labor Standards Act; ☐ 720 Labor/Management Relations; ☐ 740 Railway Labor Act; ☐ 751 Family and Medical Leave Act

## V.  ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original
      Proceeding

☐ 2 Removed from
      State Court

☐ 3 Remanded from
      Appellate Court

☐ 4 Reinstated or
      Reopened

☐ 5 Transferred from
      Another District
      *(specify)*

☐ 6 Multidistrict
      Litigation -
      Transfer

☐ 8 Multidistrict
      Litigation -
      Direct File

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
False Claims Act 31 U.S.C. Section 3729 et seq.

Brief description of cause:
Submission of False Claims Under the Medicaid Program

| VII.  REQUESTED IN<br>COMPLAINT: | ☐ CHECK IF THIS IS A **CLASS ACTION**<br>UNDER RULE 23, F.R.Cv.P. | DEMAND $<br>650,000.00 | CHECK YES only if demanded in complaint:<br>**JURY DEMAND:**   ☐ Yes   ☒ No |
|---|---|---|---|

| VIII.  RELATED CASE(S)<br>IF ANY | *(See instructions):*   JUDGE _____ | DOCKET NUMBER _____ |
|---|---|---|

| DATE<br>02/20/2020 | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## Exhibit B: Category Sheet

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

### CATEGORY SHEET

**You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).**

Attorney Name (Last, First, MI): Jorge L. Matos

USDC-PR Bar Number: G01307

Email Address: Jorge.L.Matos2@usdoj.gov

1. Title (caption) of the Case (provide only the names of the first party on each side):

   Plaintiff: United States of America

   Defendant: William Silva Cherena

2. Indicate the category to which this case belongs:

   ☒ Ordinary Civil Case
   ☐ Social Security
   ☐ Banking
   ☐ Injunction

3. Indicate the title and number of related cases (if any).

4. Has a prior action between the same parties and based on the same claim ever been filed before this Court?

   ☐ Yes
   ☒ No

5. Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

   ☐ Yes
   ☒ No

6. Does this case question the constitutionality of a state statute? (See, Fed.R.Civ. P. 24)

   ☐ Yes
   ☒ No

Date Submitted: 2/20/20

rev. Dec. 2009

Print Form     Reset Form